JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | Case No. CV 24-5209 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MUFID FADEL ALNAKOUD, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of August, 2024.

/s/
Fernando M. Olguin
United States District Judge